## MODEL WALL PAPER & PAINT CO. v. UNITED STATES

**No. 4407.**—Invoice dated Erkrath, Germany, October 31, 1935.
Certified November 6, 1935.

Entered at Peoria, Ill., December 3, 1935.
Entry No. 43–P.

### First Division, Appellate Term

(Decided on order dated October 7, 1938)

*Carl Behrman* for the appellant.

*Webster J. Oliver*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the appellee.

#### ORDER

Upon the affidavit of Joseph A. Ziemba, collector of customs, Chicago, Ill., and the memorandum filed by Webster J. Oliver, Assistant Attorney General, in support of motion, and after due deliberation and consideration, it is hereby:

Adjudged and decreed that the application for review filed with this court by the Model Wall Paper & Paint Co. on July 6, 1938, be, and the same hereby is, dismissed.

> CHAS. P. McCLELLAND, *Presiding Judge.*
> JERRY B. SULLIVAN, *Judge.*
> GEO. STEWART BROWN, *Judge.*